**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02772-REB-BNB

ROBERT TURLEY,

     Plaintiff,

v.

SHERIFF TED B. MINK,
CORRECTIONAL HEALTH CARE MANAGEMENT, INC.,
KELLY JEAN DRYKE, R.N., and
MATT KILLOUGH, P.A.,

     Defendants.

---

**ORDER DISMISSING DEFENDANT SHERIFF TED B. MINK, ONLY**

---

**Blackburn, J.**

     The matter comes before me on the **Notice of Dismissal of Claims Against Sheriff Ted B. Mink** [#5] filed January 19, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant Sheriff Ted B. Mink should be dismissed.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Dismissal of Claims Against Sheriff Ted B. Mink** [#5] filed January 19, 2011, is **APPROVED**;

     2.  That plaintiff's claims against defendant, Sheriff Ted B. Mink, are **DISMISSED**; and

   3.  That defendant, Sheriff Ted B. Mink, is **DROPPED** as a named party to this

action, and the case caption is amended accordingly.

   Dated January 19, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge