IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02772-REB-BNB

ROBERT TURLEY,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
KELLY JEAN DRYKE, R.N., and
MATT KILLOUGH, P.A.,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Correctional Health Care Management, Inc., Kelly Jean Dryke, R.N., and Matt Killough, P.A.'s Unopposed Motion for Leave to Depose Prisoner** [docket no. 19, filed May 9, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and may take the deposition of plaintiff at Kit Carson Correctional Facility or at such prison or correctional facility where Mr. Turley is incarcerated on the date of the deposition.

DATED:  May 10, 2011