IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02772-REB-BNB

ROBERT TURLEY,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
KELLY JEAN DRYKE, R.N., and
MATT KILLOUGH, P.A.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    1.    The **Unopposed Motion to Modify Scheduling Order** [Doc. # 24, filed 5/19/2011] is GRANTED in part;

    2.    The case schedule is modified to the following extent:

        Discovery Cut-Off:    October 2, 2011

        (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Dispositive Motions Deadline:    October 2, 2011[1]

---

[1] The dispositive motion deadline has not been extended. The trial preparation conference is set for January 6, 2012, and trial is set to begin on January 23, 2012. In view of these dates, no extension of the dispositive motion deadline is possible.

       Expert Disclosures:

       (a)     The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 3, 2011

       (b)     The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 2, 2011

       (c)     The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 1, 2011; and

3.     No further extensions will be allowed.

Dated May 19, 2011.

                                              BY THE COURT:

                                             _s/ Boyd N. Boland_
                                             United States Magistrate Judge