IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10CV2772

ROBERT TURLEY
Plaintiff(s),

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, et al.
Defendants(s).

## ORDER of RECUSAL

      This case was recently reassigned to me.  However, I handled the underlying criminal case against Mr. Turley in state court, including imposing a sentence to the Department of Corrections.  Also, I recall that the incident involving the ham sandwich came up in some manner while I had the case as a state court judge, although I do not recall what, if anything, I was asked to do or what, if anything, I did.  In any event, in order that Mr. Turley and his counsel can feel that this case will be heard by an independent judicial officer with no prior connection to it, I hereby recuse myself from further participation in the case and ask that it be reassigned to another judge.

      DATED this 3rd day of October, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge