**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02772-REB-BNB

ROBERT TURLEY,

    Plaintiff,

v.

CORRECTIONAL HEALTH CARE MANAGEMENT, INC.,
KELLY JEAN DRYKE, R.N., and
MATT KILLOUGH, P.A.,

    Defendants

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss All Claims Against All Defendants** [#57][1] filed December 16, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss All Claims Against All Defendants** [#57] filed December 16, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for January 20, 2012, is **VACATED**;

3. That the jury trial set to commence January 23, 2012, is **VACATED**;

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4. That any pending motion is **DENIED** as moot; and

    5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 16, 2011, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge